1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

STEPHEN KUNIN, )
 )
                Plaintiff, )
 )
v. )
 )    No. 1:13-cv-00281-LRS
UNUM GROUP dba UNUM GROUP )
CORPORATION, a foreign )    ORDER OF DISMISSAL WITH
corporation doing business in the State )    PREJUDICE
of Washington; and UNUM LIFE )
INSURANCE COMPANY OF )
AMERICA, a foreign corporation )
doing business in the State of )
Washington, )
 )
                Defendants. )
 )

       The parties having stipulated for dismissal of any and all claims or causes

of action by plaintiff against defendants with prejudice and without an award of

costs or fees, and the Court being fully advised in the premises, NOW

THEREFORE,

       IT IS HEREBY ORDERED that the parties' stipulated motion, ECF No.

14, is GRANTED, and any and all claims or causes of action by plaintiff

[ORDER OF DISMISSAL WITH PREJUDICE - 1
No. CV-13-281-LRS

against defendants are hereby dismissed with prejudice and without an award of costs or fees.

The District Court Executive is directed to enter this order and CLOSE THE FILE.

DATED this 8th day of January, 2014.

*s/Lonny R. Suko*

LONNY R. SUKO
Senior U.S. District Court Judge

[ORDER OF DISMISSAL WITH PREJUDICE - 2
No. CV-13-281-LRS